District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Filiberto Burciaga–Andazola, Sierra Blanca, TX, pro se.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Filiberto Burciaga–Andazola has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Burciaga–Andazola has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Juan Carlos Adan GONZALEZ–UGARTE, Defendant–Appellant.**

No. 06–51029
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Eduardo Solis, El Paso, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Carlos Adan Gonzalez–Ugarte (Gonzalez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gonzalez has filed a response. Our independent review of the record, counsel's brief, and Gonzalez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee

v.

Stephen Wayne NORWOOD,
Defendant–Appellant.

No. 06–10846
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2007.